M/D 1

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

# 18150 DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Brian Keith Barnes
_____
Full name and prison name of
Plaintiff(s)

v.

Sgt. Thornton
Staton C.F.
_____
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:16-CV-760-MHT-TFM
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock CIF

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Staton CIF

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Sgt Thornton | Staton CIF, 2690 marion spillway Rd Elmore, AL 36025
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED February 2015

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sgt Thornton assaulted me for No reason what so ever. Assault was caught on camera.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Feb 2015 in Staton CIF law library Sgt Thornton assaulted me by punching me in face Then escorted me to shift office and continued to Punch and Kick me.

GROUND TWO: Sgt Thornton also told inmates that I was snitch. Put my safety & life in danger

SUPPORTING FACTS: I was transfered back to Staton Nov 2015 and Sgt Thornton told inmates I was working with I & I then had me transfered so I couldn't take the SAP program, which caused me to be denied Parole.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Prove deliberate indifference be placed in protective custody at limestone C.F. monatary and punitive damages.

Brian Barnes #181565
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-8-16
(Date)

Brian Barnes
Signature of plaintiff(s)

Brian Barnes #181505
Bullock C.F. H4-18A
P.o Box 5107
Union Springs, AL 36089

Legal MAIL

MONTGOMERY AL 368 ja
14 SEP '16
PM 2 L

Office of the clerk
United States District court
One Church St. Suite B-110
Montgomery, AL 36104

36104-401801