# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, <br> AIS #181505, <br><br> Plaintiff, <br><br> vs. <br><br> SGT. THORNTON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO. CV16-760-MHT <br> )    JURY TRIAL DEMANDED <br> ) <br> ) |

## ANSWER

COMES NOW, the Defendant Brandon Thornton, in the above styled case, by and through undersigned counsel, and files this Answer pursuant to this Honorable Court's Order.

1. Defendant admits that the Plaintiff is an inmate in the custody of the Alabama Department of Corrections ("ADOC"), who was assigned to Staton Correctional Facility on or about February 18, 2015, a then briefly again in November of 2015.

2. Defendant admits that he was at all relevant times, an employee of the ADOC assigned to Staton Correctional Facility.

3. Defendant admits that on or about February 18, 2015, that he did lose his cool and slap the Plaintiff on the back of the head, and that there is a video of this interaction.

4. Defendant denies that any force used was completely without provocation, that he punched the Plaintiff, or that he otherwise hit, kicked, or touched the Plaintiff in any way thereafter.

5. Defendant denies any knowledge of or authority over the Plaintiff's subsequent classification, his housing, his participation in the Substance Abuse Program, or his parole and

1

demands strict proof thereof.

6. Defendant denies that he ever reported to any one that the Plaintiff was a snitch or that he in any way caused the Plaintiff's life to be in danger in November of 2015, and demands strict proof thereof.

7. Defendant admits that the Plaintiff suffered no injuries as a result of the incident.

8. Defendant denies each and every other material allegation in the Complaint and demands strict proof thereof.

13. Defendant denies using force maliciously or sadistically for the very purpose of causing harm and demands strict proof thereof.

## **DEFENSES**

Defendant asserts the following defenses to the Plaintiff's claims:

1. Defendant pleads not guilty to the charges in the Plaintiff's Complaint and demands strict proof thereof.

2. The Plaintiff is not entitled to any of the relief requested.

3. Defendant pleads all applicable immunities including, but not limited to, qualified immunity, absolute immunity, sovereign immunity, discretionary function immunity, Eleventh Amendment immunity, and state agent immunity.

4. Defendants plead the general defense.

5. Defendants plead the defense of unclean hands.

6. To the extent any claims of the Plaintiff are against the Defendant in his official capacity, those claims are barred by the Eleventh Amendment to the United States Constitution and by sovereign immunity.

7. Plaintiff is not entitled to monetary relief that he seeks pursuant to 42 USC §

1997e(e).

8. Defendant reserves the right to raise additional defenses.

**A JURY TRIAL IS HEREBY DEMANDED.**

                Respectfully Submitted,

                Luther Strange
                Attorney General

                Anne A. Hill (ADA054)
                General Counsel

                /s/ Katherine S. Jessip
                Katherine S. Jessip (JES006)
                Assistant Attorney General

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL 36130-1501**
**334-353-4849**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Brain Barnes
AIS #181505
Bullock Correctional Facility
104 Bullock Dr Hwy 82 E
Union Springs, AL 36089

                /s/ Katherine S. Jessip
                Katherine S. Jessip (JES006)
                Assistant Attorney General