Office of the clerk,   RECEIVED   6-13-19

Civil Action No. 2:16-cv-00760-MHT

2019 JUN 18 A 9: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I'm writing to inform you of my new address

Brian Barnes #181505
Bullock C.F H1-1A
P.o Box 5107
Union Springs, AL 36089

Thank you for your time.

Sincerely,
Brian Barnes
Brian Barnes #181505

Brian Barnes #181505
Bullock C.F H1-1A
P.O Box 5107
Union Springs, AL 36089



MONTGOMERY AL 360
17 JUN 2019 PM 4 L

Office of THE Clerk
United States District Court
One Church Street Suite B.110
Montgomery, AL 36104-4018

36104-401801