IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:16-cv-00760-WKW |
| ) | |
| SGT. THORNTON, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Clay M. Phillips of Clay Phillips Law Firm, LLC and hereby submits this Notice of Appearance as counsel for the Plaintiff, Brian Keith Barnes, in the above styled case.

RESPECTFULLY SUBMITTED, this the 21st day of October, 2019.

/s/ Clay M Phillips
Clay M Phillips
Counsel for Plaintiff
Clay Phillips Law Firm, LLC
341 Mendel Parkway East
Montgomery, Alabama 36117
(334) 277-8753
clay@clayphillipslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served on the defendant by electronically filing with the Court thru the Court's ECF system on this the 21st day of October, 2019.

                                                  /s/ Clay M. Phillips
                                                  Clay M. Phillips (PHI076)