IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-760-WKW |
| ) | [WO] |
| SGT. THORNTON, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the Uniform Scheduling Order (Doc. # 45) entered in this case is VACATED.

DONE this 11th day of December, 2019.

                                                  /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE