IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. THORNTON, in his individual )<br>capacity, )<br>)<br>Defendant. ) | CASE NO. 2:16-CV-760-WKW<br>[WO] |

## **ORDER**

Upon consideration of Defendant's unopposed motion to continue deadlines in the Uniform Scheduling Order (Doc. # 53), it is ORDERED that the motion is GRANTED. All deadlines in the Uniform Scheduling Order (Doc # 47), except for the trial and pretrial dates, are CONTINUED GENERALLY. The trial and pretrial dates in this matter remain as scheduled for the time being. The parties are ORDERED to file a joint status report on or before **March 1, 2020**, updating the court on the status of discovery.

DONE this 6th day of February, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE