IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRIAN KEITH BARNES, #181 505,   )
   )
Plaintiff,   )
   )
v.   )   CASE NO. 2:16-CV-760-WKW
   )   [WO]
SGT. THORNTON, in his individual   )
capacity,   )
   )
Defendant.   )

## ORDER

Upon consideration of the parties' latest status report (Doc. # 62), the parties

are ORDERED to file another joint status report on or before **April 15, 2020**.  This

status report should, at a minimum, update the court on the status of discovery,

whether a settlement conference has been scheduled, whether the parties request an

extension of any of the suspended deadlines, and whether the parties seek a

continuance of the pretrial and trial dates.  In light of the ongoing COVID-19

pandemic, it is further ORDERED that the parties may conduct their settlement

conference via telephonic communication, rather than face-to-face.  The Uniform

Scheduling Order (Doc. # 47, ¶ 3) is AMENDED to reflect this change.

DONE this 27th day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE