IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:16-CV-760-WKW |
| SGT. THORNTON, in his individual capacity, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' latest status report (Doc. # 64), the parties are ORDERED to file another joint status report on or before **June 1, 2020**. It is further ORDERED that all pending deadlines, including the pretrial and trial dates, are CONTINUED GENERALLY.

DONE this 20th day of April, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE