# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:16-CV-760-WKW-JTA |
| ) | |
| SGT. THORNTON, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT AND
## JOINT NOTICE OF SETTLEMENT

The Defendant in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, by and through counsel Clay M. Phillips, respectfully submit this Joint Status Report pursuant to this Court's order (Doc. #65).

The parties have reached a settlement, a settlement agreement has been drafted and circulated, and the parties are in the process of obtaining signatures.

A Joint Stipulation for Dismissal will be filed once payment has been made.

Respectfully submitted,

**s/ John A. Selden**
John A. Selden
*Assistant Attorney General*
Counsel of Record

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Tel: (334) 353-0065
Fax: (334) 353-8400
E-mail: John.Selden@AlabamaAG.gov


**s/ Clay M. Phillips**
Clay M. Phillips
*Attorney for Plaintiff*
Counsel of Record

Clay Phillips Law Firm, LLC
341 Mendel Parkway East
Montgomery, AL 36117
Tel: (334) 277-8753
E-mail: clay@clayphillipslaw.com