IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-760-WKW |
| ) | |
| SGT. THORNTON, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It has been reported to the court that the parties have reached a settlement agreement.  Accordingly, it is ORDERED that, on or before **June 30, 2020**, the parties shall file a joint stipulation of dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure or shall file a status report updating the court on the status of this case.

Pursuant to the court's order on April 20, 2020 (Doc. # 65), all other deadlines continue to be CONTINUED generally.

DONE this 1st day of June, 2020.

                                                      /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE