# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BARNES, #181 505, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   2:16-CV-760-WKW-JTA |
| | ) |
| SGT. THORNTON, in his individual capacity, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The Defendant in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, by and through counsel Clay M. Phillips, respectfully submit this Joint Status Report pursuant to this Court's order (Doc. #69).

The parties have reached a settlement, and a settlement agreement has been drafted and circulated. Plaintiff signed the settlement agreement more than a month ago. But the document has been held up at the prison for some reason, and counsel have been unsuccessful in obtaining it thus far. Counsel will keep trying and are hopeful that they will soon be able to announce that they have secured the settlement agreement. But if they continue to run into trouble, counsel may ask in the next joint status report for an order from this Court to spur the prison to action.

Once counsel have signed the agreement, the payment will be processed. The parties will file a Joint Stipulation for Dismissal once payment has been made.

The parties request that all deadlines continue to be continued generally until they can file a Joint Stipulation for Dismissal.

Respectfully submitted,

**s/ John A. Selden**
John A. Selden
*Assistant Attorney General*
Counsel of Record

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Tel: (334) 353-0065
Fax: (334) 353-8400
E-mail: John.Selden@AlabamaAG.gov


**s/ Clay M. Phillips**
Clay M. Phillips
*Attorney for Plaintiff*
Counsel of Record

Clay Phillips Law Firm, LLC
341 Mendel Parkway East
Montgomery, AL 36117
Tel: (334) 277-8753
E-mail: clay@clayphillipslaw.com