| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *O. Hicks*  □ Agent  □ Addressee | |
| | B. Received by *(Printed Name)*<br>O. HICKS | C. Date of Delivery<br>8-10-20 |
| 1. Article Addressed to:<br><br>Warden<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL 36089<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4838 9032 4475 70 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below:  □ No<br><br>16cv760 Order (71) | |
| | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>□ Insured Mail<br>□ Insured Mail Restricted Delivery (over $500) | □ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 0680 0000 0843 2948 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |